IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **CHRISTOPHER HOOPER,** | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | CIVIL ACTION NO. 19-CV-0399 |
| | : | |
| **THE PENNSYLVANIA BOARD OF** | : | |
| **PROBATION AND PAROLE,** *et al.*, | : | |
| Defendants. | : | |

## ORDER

AND NOW, this 6th day of February, 2019, upon consideration of Plaintiff Christopher Hooper's Motion to Proceed *In Forma Pauperis* (ECF No. 1) and his *pro se* Complaint (ECF No. 2), it is **ORDERED** that:

1. Leave to proceed *in forma pauperis* is **GRANTED**.

2. The Complaint is **DEEMED** filed.

3. The Complaint is **DISMISSED** for failure to state a claims for the reasons discussed in the Court's Memorandum. Hooper's claims against the Pennsylvania Board of Probation and Parole are **DISMISSED with prejudice**. His remaining claims are **DISMISSED without prejudice** to amendment in accordance with paragraph four (4) of this Order.

4. Mr. Hooper may file an amended complaint within thirty (30) days of the date of this Order in the event he can state a plausible basis for a claim against an appropriate defendant that is not barred by *Heck v. Humphrey*, 512 U.S. 477 (1994). Hooper is reminded that he may only raise claims challenging his parole violations, his related imprisonment, and the calculation of his sentence if the Board's decisions on those matters have been reversed or otherwise vacated. Any amended complaint must clearly state the basis for Hooper's claims

against each defendant. Upon the filing of an amended complaint, the Clerk of Court shall not make service until so **ORDERED**.

5. The Clerk of Court shall **SEND** Hooper a blank copy of the Court's form complaint to be used by a *pro se* plaintiff filing a civil action in this Court bearing the above civil action number. Hooper may use this form to file an amended complaint if he chooses to do so.

6. If Hooper fails to file an amended complaint, this case may be dismissed for failure to prosecute without further notice.

**BY THE COURT:**

**/s/ Gerald Austin McHugh**
**United States District Judge**