IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CHRISTOPHER HOOPER, : | |
|    Plaintiff, : | |
| : | |
| v. : | CIVIL ACTION NO. 19-CV-0399 |
| : | |
| THE PENNSYLVANIA BOARD OF : | |
| PROBATION AND PAROLE, *et al.*, : | |
|    Defendants. : | |

## ORDER

AND NOW, this 10th day of January, 2020, upon consideration of Plaintiff Christopher Hooper's Amended Complaint (ECF No. 14), it is **ORDERED** that:

1. Hooper's Amended Complaint is **DISMISSED WITHOUT PREJUDICE**, pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii), as barred by *Heck v. Humphrey*, 512 U.S. 477 (1994). The dismissal is without prejudice to Hooper filing a new case only in the event the challenged calculation of his sentence is reversed, vacated, or otherwise invalidated. This dismissal also does not prevent Hooper from proceeding on his petition for a writ of *habeas corpus*. See *Hooper v. Dist. Att'y of Montgomery*, Civ. A. No. 19-3416 (E.D. Pa.)

2. The Clerk of Court shall **CLOSE** this case.

                                                     **BY THE COURT:**

                                                   **/s/ Gerald Austin McHugh**

                                                   **GERALD A. McHUGH, J.**